UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE J. GLENN, III,

Plaintiff,

v.

Case No. 24-cv-10665
Honorable Linda V. Parker

AARON KRASZEWSKI,
and CITY OF DETROIT,

Defendants.
______________________________/

**OPINION AND ORDER**

Plaintiff filed this pro se lawsuit against Defendants alleging violations of his constitutional rights under 42 U.S.C. § 1983. On September 16, 2026, this Court adopted Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation, recommending the dismissal of the matter with prejudice pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 115.) In that decision, the Court also addressed Plaintiff's objections to Magistrate Judge Ivy's previous ruling on Plaintiff's motion for the magistrate judge's recusal, finding no merit to the motion or Plaintiff's objections. A Judgment was entered on the same date. (ECF No. 116.)

The matter is presently before the Court on Plaintiff's motion to amend his objections to Magistrate Judge Ivy's denial of Plaintiff's motion for recusal (ECF

No. 117) and Plaintiff's motion to file a supplement to the motion for recusal (ECF No. 118). Both come too late, as the Court has issued its ruling on the matter. Plaintiff, in any event, fails to demonstrate in the motions that a different outcome was warranted. The Court is, therefore, denying both motions.

Plaintiff also moves to proceed in forma pauperis on appeal. (ECF No. 120). However, because any appeal could not be taken in good faith, the Court must deny his request. *See* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith.").

Accordingly,

**IT IS ORDERED** that Plaintiff's post-judgment motions (ECF Nos. 117 and 118) are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's application to proceed IFP on appeal is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 18, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 18, 2026, by electronic and/or U.S. First Class mail.

s/R. Thieme
Case Manager